# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Bowling Green Division**

| | | |
|---|---|---|
| Debra Cage )  *Plaintiff* ) ) | | |
| v. ) ) | Case No. | 1:17-cv-00038-GNS |
| Jefferson Capital Systems, LLC ) *Defendants* ) ) | | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT JEFFERSON CAPITAL SYSTEMS, LLC

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby gives notice that she is dismissing with prejudice her claims against Defendant Jefferson Capital Systems, LLC pursuant to settlement. Except as provided by the parties' settlement agreement, each party shall bear its own costs and fees.

Respectfully submitted,

/s/ James R. McKenzie
**James R. McKenzie**
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Debra Cage*

 James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207

Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Debra Cage*

**CERTIFICATE OF SERVICE**

This is to certify that I served a true copy of the foregoing Notice of Voluntary Dismissal via U.S. Mail on the persons at the addresses set forth below this 11th day of August, 2017:

Jefferson Capital Systems, LLC
c/o Corporation Service Company
421 W. Main Street
Frankfort, KY 40601

/s/ James R. McKenzie
*Counsel for Plaintiff*
*Debra Cage*